UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Allan Lewis

       v.                                      Civil No. 09-cv-02-JL

NH Judicial Branch et al

O R D E R

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Arenas dated March 30, 2009.

SO ORDERED.

April 7, 2009

_____
Joseph N. Laplante
United States District Judge

cc:    Allan Lewis, Pro se